

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-14-00036-CV

**IN THE INTEREST OF A.M.E.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00043
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

This is an accelerated appeal. The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court